IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Binder, Phillip D | Case Number: 08 B 01197 |
|---|---|---|
| | Binder, Olivia C | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | Filed: 1/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: January 8, 2009
Confirmed:   May 1, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,390.00 | |
| Secured: | | 151.22 |
| Unsecured: | | 0.00 |
| Priority: | | 83.42 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 155.36 |
| Other Funds: | | 0.00 |
| Totals: | 2,390.00 | 2,390.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dennis G Knipp | Administrative | 2,000.00 | 2,000.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 4,536.59 | 151.22 |
| 5. | Litton Loan Servicing | Secured | 5,915.09 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 1,291.63 | 83.42 |
| 7. | Commonwealth Edison | Unsecured | 117.35 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 14.94 | 0.00 |
| 9. | Sallie Mae | Unsecured | 23.93 | 0.00 |
| 10. | Village of Riverdale | Unsecured | 197.50 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 13.07 | 0.00 |
| 12. | Village Of Matteson | Unsecured | 21.62 | 0.00 |
| 13. | Sallie Mae | Unsecured | 77.56 | 0.00 |
| 14. | Sallie Mae | Unsecured | 293.69 | 0.00 |
| 15. | Capital One | Unsecured | 93.01 | 0.00 |
| 16. | Quinlan & Fabish Music | Unsecured | 8.37 | 0.00 |
| 17. | Toyota Motor Credit Corporatio | Unsecured | 1,837.56 | 0.00 |
| 18. | Nicor Gas | Unsecured | 59.51 | 0.00 |
| 19. | Portfolio Recovery Associates | Unsecured | 24.60 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 124.92 | 0.00 |
| 21. | RoundUp Funding LLC | Unsecured | 68.02 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 229.70 | 0.00 |
| 23. | City Of Chicago Dept Of Revenue | Unsecured | 30.00 | 0.00 |
| 24. | Great American Finance Company | Unsecured | 77.35 | 0.00 |
| 25. | Cook County Treasurer | Unsecured | 0.00 | 0.00 |
| 26. | Nissan Infiniti LT | Unsecured | 4,524.66 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Binder, Phillip D | | Case Number: 08 B 01197 |
| --- | --- | --- | --- |
| | Binder, Olivia C | | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | | Filed: 1/18/08 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | ECast Settlement Corp | Unsecured | 138.85 | 0.00 |
| 28. | Illinois Dept Of Employment Sec | Priority | | No Claim Filed |
| 29. | Internal Revenue Service | Priority | | No Claim Filed |
| 30. | AIU Online | Unsecured | | No Claim Filed |
| 31. | Capital One | Unsecured | | No Claim Filed |
| 32. | Village Of Blue Island | Unsecured | | No Claim Filed |
| 33. | Chase Bank | Unsecured | | No Claim Filed |
| 34. | Comcast | Unsecured | | No Claim Filed |
| 35. | Axia College Of WIU | Unsecured | | No Claim Filed |
| 36. | Evergreen Health Care | Unsecured | | No Claim Filed |
| 37. | G4S Justice Services | Unsecured | | No Claim Filed |
| 38. | Comcast | Unsecured | | No Claim Filed |
| 39. | Steven A Leahy | Unsecured | | No Claim Filed |
| 40. | Catherine Rhim DMD | Unsecured | | No Claim Filed |
| 41. | SBC | Unsecured | | No Claim Filed |
| 42. | PPG Auto Glass | Unsecured | | No Claim Filed |
| 43. | TCF Bank | Unsecured | | No Claim Filed |
| 44. | Sheng Fang Wu MD | Unsecured | | No Claim Filed |
| 45. | American Family Insurance | Unsecured | | No Claim Filed |
| 46. | US Cellular | Unsecured | | No Claim Filed |
| 47. | Village Of Olympia Fields | Unsecured | | No Claim Filed |
| 48. | Village of Richton Park | Unsecured | | No Claim Filed |
| 49. | Wrigley Factory Credit Union | Unsecured | | No Claim Filed |
| 50. | St James & St Margaret Mercy | Unsecured | | No Claim Filed |
| | | | $ 21,719.52 | $ 2,234.64 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 6.5% | 155.36 |
| | $ 155.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: